UNITED STATES of America,
Plaintiff-Appellee,

v.

Orange Jell BEECHUM,
Defendant-Appellant.

No. 76–1444.

United States Court of Appeals,
Fifth Circuit.

Nov. 3, 1977.

(Opinion July 11, 1977, 5 Cir., 1977, 555 F.2d 487).

J. Waddy Bullion, Court-appointed, Luke Ashley, Dallas, Tex., for defendant-appellant.

Kenneth J. Mighell, U. S. Atty., Fort Worth, Tex., Judith A. Shepherd, Asst. U. S. Atty., Dallas, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, and THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY and RUBIN, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.